# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **GENESIS MARINE, LLC** § | Cause No. 4:21-cv-00289 |
| § | |
| v. § | |
| § | |
| **SGR ENERGY, INC.** § | |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Genesis Marine, LLC ("Genesis") and Defendant SGR Energy, Inc. ("SGR"), and respectfully move the Court to enter the attached consent judgment. The entry of the consent judgment is a term of the settlement between Genesis and SGR, who has consented to this motion and to the form and substance of the consent judgment.

**WHEREFORE**, Genesis and SGR respectfully request that this Honorable Court enter the attached consent judgment acknowledging that SGR is indebted to Genesis in the amount of $2,461,996.03, plus all reasonable past, present, and future attorneys' fees associated with the collection of same, plus 5% interest from March 16, 2021 until the entry of the consent judgment and judicial interest from the date of judgment until paid, subject to a credit for any amounts paid under the settlement between Genesis and SGR.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Arthur R. Kraatz*
          Evans Martin McLeod, Fed ID 411950
          Canal Place | 365 Canal Street, Suite 2000
          New Orleans, Louisiana 70130
          Telephone: 504 566 1311
          Facsimile: 504 568 9130

- 2 -

        Email: marty.mcleod@phelps.com

**ATTORNEY-IN-CHARGE FOR GENESIS MARINE, LLC**

**OF COUNSEL:**

**PHELPS DUNBAR, LLP**
Justin C. Warner, Fed. ID 3326606
Arthur R. Kraatz, Fed. ID 2895505
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: (504) 56601311
Facsimile: (504) 568-9130
Email: justin.warner@phelps.com
      arthur.kraatz@phelps.com

**AND**

**MUNSCH HARDT KOPF & HARR, PC**

By: */s/ D. Mitchell McFarland*
    **D. Mitchell McFarland**
    State Bar No. 13597700
    Federal ID No. 2379
    **J. Mark Deaton**
    State Bar No. 24069588
    Federal ID No. 1094927
    Houston, Texas 77002
    Telephone: (713) 222-1470
    Facsimile: (713) 222-1475
    Email: mmcfarland@munsch.com
    Email: mdeaton@munsch.com

**ATTORNEYS FOR SGR ENERGY, INC.**