UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **GENESIS MARINE, LLC** § <br> **Plaintiff** § <br> § <br> § <br> **VERSUS** § <br> § <br> § <br> § <br> **SGR ENERGY, INC.** § <br> **Defendant** § | **CIVIL ACTION NO. 4:21-cv-00289** |

### MOTION FOR STATUS CONFERENCE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Genesis Marine, LLC ("Genesis"), which moves this Honorable Court for an order setting a status conference in this matter. Genesis seeks a status conference with the Court because the prior bankruptcy of SGR Energy, Inc. ("SGR") has been dismissed as per the attached Exhibit "A." Furthermore, Genesis intends to proceed with collection of the judgment through a judgment debtor examination as per the attached Exhibit "B," Notice of SGR Energy, Inc.'s Corporate Deposition. Genesis wants to address with the Court how that should proceed given that SGR no longer has counsel in the case.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  */s/ E. Martin McLeod*
Evans Martin McLeod, Fed ID 411950
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: marty.mcleod@phelps.com

ATTORNEY-IN-CHARGE FOR GENESIS MARINE, LLC

OF COUNSEL:

**PHELPS DUNBAR, LLP**
Justin C. Warner, Fed. ID 3326606
Arthur R. Kraatz, Fed. ID 2895505
365 Canal Street, Suite 2000
New Orleans, LA  70130
Telephone:  (504) 56601311
Facsimile:  (504) 568-9130
Email:  justin.warner@phelps.com
arthur.kraatz@phelps.com

## CERTIFICATE OF SERVICE

I certify that on this 31st day of January, 2022, a true and correct copy of the foregoing instrument has been served upon all counsel of record via CM/ECF.

*/s/ E. Martin McLeod*
Of Phelps Dunbar, LLP

2