United States District Court
Southern District of Texas
**ENTERED**
February 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **GENESIS MARINE, LLC**<br>　　　**Plaintiff** | §<br>§<br>§<br>§ |
| **VERSUS** | §　CIVIL ACTION NO. 4:21-cv-00289<br>§<br>§<br>§ |
| **SGR ENERGY, INC.**<br>　　　**Defendant** | §<br>§<br>§ |

### ORDER

Considering the foregoing motion for status conference;

IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that a status conference in this matter is set for the __9th__ day of __March__, 2022, at __10:30__ o'clock __a__.m.

Houston, Texas, this __1st__ day of __February__, 2022.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE

PD.36601138.1