United States District Court
Southern District of Texas
**ENTERED**
September 08, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **GENESIS MARINE, LLC** | § § § | Cause No. 4:21-cv-00289 |
| v. | § § | |
| **SGR ENERGY, INC.** | § § | |

## CONSENT JUDGMENT

Considering the parties Joint Motion for Entry of Consent Judgment;

**IT IS ORDERED ADJUDGED AND DECREED** that there be final judgment herein in favor of Plaintiff Genesis Marine, LLC and against Defendant SGR Energy, Inc. in the amount of $2,461,996.03, plus all reasonable past, present, and future expenses, costs, and attorneys' fees associated with the collection of same, plus 5% interest from March 16, 2021 until the entry of this judgment, plus judicial interest from the date of judgment until paid in full.

Houston, Texas, on this 8th day of September, 2021.

_[signature]_
UNITED STATES DISTRICT JUDGE

- 1 -

PD.31408751.1

TRUE COPY I CERTIFY ATTEST:
NATHAN OCHSNER, Clerk of Court
By: _[signature]_
Deputy Clerk

EXHIBIT A