United States District Court
Southern District of Texas
**ENTERED**
February 24, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| GENESIS MARINE LLC, § | CIVIL ACTION NO. | |
| Plaintiff, § | 4:21-cv-00289 | |
| § | | |
| § | | |
| vs. § | JUDGE CHARLES ESKRIDGE | |
| § | | |
| § | | |
| SGR ENERGY INC, § | | |
| Defendant. § | | |

## ORDER

Plaintiff Genesis Marine LLC brought action against Defendant SGR Energy Inc in January 2021, contending that SGR failed to remit timely compensation in accordance with the terms of the parties' charter for hire contract. See Dkt 1.

The parties advised in September 2021 as to settlement of their dispute. Dkt 15. A consent judgment was entered in that regard. Dkt 16.

SGR then advised in November 2021 as to commencement of a voluntary Chapter 11 proceeding. Dkt 17. That notice explains that SGR's bankruptcy petition operates as an automatic stay applicable to all entities, including as to the enforcement of any judgment obtained before the proceeding commenced. See Dkt 17, citing 11 USC §§ 362(a)(1) & (3). Absent relief from the Bankruptcy Court, an automatic stay remains effective until the case is closed or dismissed, or discharge is granted or denied. 11 USC § 362(c)(2).

Genesis contends that SGR hasn't satisfied the consent judgment and now applies for a writ of execution. Dkt 20. But it appears by order of Bankruptcy Judge Christopher M. Lopez that SGR's case won't be dismissed until sixty

days from January 21, 2022 (being March 22, 2022). See Dkt 18-1.

Genesis may voluntarily elect to withdraw its writ of execution to be presented at a later time. It must otherwise SHOW CAUSE why its application doesn't violate the automatic stay, and why an order of relief from Judge Lopez isn't here necessary. See 11 USC §§ 362(d).

SO ORDERED.

Signed on February 24, 2022, at Houston, Texas.

*Chs R Eshidge I*
Hon. Charles Eskridge
United States District Judge