UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GENESIS MARINE, LLC**<br>    Plaintiff | §<br>§<br>§<br>§ | |
| **VERSUS** | §<br>§<br>§ | **CIVIL ACTION NO. 4:21-cv-00289** |
| **SGR ENERGY, INC.**<br>    Defendant | §<br>§<br>§<br>§ | |

### MOTION TO COMPEL THE CORPORATE DEPOSITION OF SGR ENERGY, INC.

NOW INTO COURT, through undersigned counsel, comes plaintiff, Genesis Marine, LLC ("Genesis"), which moves to court to compel the corporate deposition of SGR Energy Inc. ("SGR").

In support of its motion, Genesis shows that on October 14, 2021, it noticed the corporate deposition of SGR to determine what assets SGR had so that Genesis could execute on its judgment against SGR. On the day before the deposition was to occur, November 15, 2021, SGR filed for bankruptcy.

Thereafter, after Genesis moved to dismiss SGR's bankruptcy on the basis it was filed in bad faith, SGR's filed its own voluntary motion to dismiss its bankruptcy. The bankruptcy court subsequently ordered the case was dismissed and that SGR could not file another bankruptcy proceeding for 60 days from January 22, 2022, or until March 22, 2022.

As a result, Genesis again moved to take the corporate deposition of SGR to determine its assets so that it could execute on its judgment. On February 1, 2022, Genesis reissued the SGR notice of deposition for February 21, 2022, but SGR failed to attend. Before the deposition, Genesis made reasonable efforts to contact SGR's and its counsel to confirm that they would attend

the deposition, but SGR did not do so. Accordingly, Genesis went on the record to confirm that SGR did not attend. A copy of the transcript of the deposition is attached as Exhibit 1.

For these reasons, Genesis seeks an order from the Court compelling SGR to attend its corporate deposition within the next seven days.

                                            Respectfully submitted,

                                            **PHELPS DUNBAR LLP**

                                            BY:   */s/ E. Martin McLeod*
                                                          Evans Martin McLeod, Fed ID 411950
                                                          Canal Place | 365 Canal Street, Suite 2000
                                                          New Orleans, Louisiana 70130
                                                          Telephone: 504 566 1311
                                                          Facsimile: 504 568 9130
                                                          Email: marty.mcleod@phelps.com

                                            ATTORNEY-IN-CHARGE FOR GENESIS MARINE, LLC

**OF COUNSEL:**

**PHELPS DUNBAR, LLP**
Justin C. Warner, Fed. ID 3326606
Arthur R. Kraatz, Fed. ID 2895505
365 Canal Street, Suite 2000
New Orleans, LA  70130
Telephone:  (504) 56601311
Facsimile:  (504) 568-9130
Email: justin.warner@phelps.com
       arthur.kraatz@phelps.com

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of March, 2022, a true and correct copy of the foregoing instrument has been served upon all counsel of record via CM/ECF.

                                            */s/ E. Martin McLeod*
                                            Of Phelps Dunbar, LLP