| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# WRIT OF EXECUTION

*To the UNITED STATES MARSHAL for the Southern District of Texas:*

In Civil Action Number: 4:21-cv-00289

In this Division: Houston

Which was styled:

Genesis Marine, LLC

*-versus-*

SGR Energy, Inc.

This judgment creditor:

Genesis Marine, LLC

Recovered a judgment of $ 2,461,996.03

Plus costs of $

Which judgment was entered on 09/08/2021

And bears interest at 5.00 %

From this judgment debtor:

SGR Energy, Inc.

You are commanded to take of the goods, land and chooses-in-action of the judgment debtor enough to pay the judgment in full and the cost of this writ. Fail not, and return this writ, certifying how you executed it.

United States District Court
Southern District of Texas

CLERK OF COURT

By: _____

Deputy Clerk

Date Issued: _____