United States District Court
Southern District of Texas
**ENTERED**
March 13, 2022
Nathan Ochsner, Clerk

## United States District Court
## Southern District of Texas
## Houston Division

| | | |
|---|---|---|
| GENESIS MARINE LLC, | § § | Civil Action No. 4:17-cv-00719 |
| Plaintiff, | § § § | |
| vs. | § § § | Judge Charles Eskridge |
| SGR ENERGY INC, Defendant. | § § § | |

### Minute Entry and Order

Minute entry for proceedings before Judge Charles Eskridge on March 9, 2022. Status conference. All parties present by videoconference and represented by counsel.

The Court disclosed professional connection through American Inns of Court to Brendon Singh, counsel to Defendant SGR Energy Inc.

The Court addressed the motion by Genesis Marine LLC for writ of execution. Dkt 20; see also Dkts 21 (show cause order), 22 (response to the same) & 23 (proposed writ). The motion was Granted for reasons stated on the record. A separate order will enter in that regard.

The Court addressed the motion by Genesis Marine to compel the corporate deposition of SGR Energy. Dkt 24. The deposition must occur prior to the refiling of bankruptcy proceedings by SGR Energy, being anticipated at present as March 21st. The parties were instructed to promptly prepare and jointly submit a proposed order concerning an agreed date in that regard. Genesis Marine may seek emergency relief three days in advance of March 21st, if necessary.

SO ORDERED.

Signed on March 9, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge