## WRIT RETURN

Genesis Marine, LLC. V. SGR Energy, Inc.

Case No. 4:21-cv-00289

DATE WRIT RECEIVED: 03/23/2022 @ 3:27 PM

DATE AND TIME OF LEVY: 04/05/2022 @ 10:43 AM

United States Courts
Southern District of Texas
FILED

MAY 11 2022

Nathan Ochsner, Clerk of Court

REAL PROPERTY SEIZED PURSUANT TO LEVY:

237 De Shazo Road, Livingston, Polk County, Texas 77351

DATE AND TIME OF SALE: 05/03/2022 @ 10:00 AM @ the Polk County (TX) temporary courthouse, 410 East Church Street, Livingston, Texas 77351

**GROSS PROCEEDS: $185,000.00 via credit bid from judgment creditor Genesis Marine, LLC.**

**USMS COSTS, EXPENSES, AND FEES TO LEVY AND SELL PROPERTY: $185,000.00 minus USMS commission of $2790.00. $182,210.00 to be deducted from the original judgment amount.**

**See the attached publisher's affidavit.**

The Writ of Execution was received and executed by:

        Name:     Joseph Castro
        Title:      Deputy U.S. Marshal
        District:   S/TX-Houston Division

*[Signature]* 3678
5/10/2022

POLK COUNTY PUBLISHING COMPANY
EIN# 74-1456949
P.O. Box 1276
Livingston, Texas 77351

STATE OF TEXAS]

AFFIDAVIT OF PUBLICATION

COUNTY OF POLK]

    My name is Kelli Barnes, and I am the Publisher of the POLK COUNTY ENTERPRISE. I am over the age of 18, have personal knowledge of the facts stated herein, and am otherwise competent to make this affidavit.
    The POLK COUNTY ENTERPRISE is a legal newspaper publication Under Texas law, headquartered and regularly published in Polk County, Texas. It is a newspaper of general circulation and generally circulated in Polk County.
    The attachment hereto was published in the POLK COUNTY ENTERPRISE, at or below our lowest rate, in its publication as follows:

No. __1__ Date _____ April 10 _____,2022
No. __2__ Date _____ April 14 _____,2022
No. __3__ Date _____ April 21 _____,2022
No. __4__ Date _____ April 28 _____,2022

                                                Kelli Barnes, Publisher

SUBSCRIBED AND SWORN TO BEFORE me this the 29th day of April, 2022.

                                  Debra Lynn Cooper
                                  Notary Public in and for the State of Texas
                                  My commission expires 01/13/2024

DEBRA LYNN COOPER
Notary Public, State of Texas
Comm. Expires 01-13-2024
Notary ID 132310417

COPY

## PUBLIC NOTICES

## Notice of sale of real property

### NOTICE OF SALE OF REAL PROPERTY

GENESIS MARINE, LLC v. SGR ENERGY, INC.; Civil Action No. 4:21-cv-00289; In the United States District Court for the Southern District of Texas—Houston Division

Notice is hereby given that, by virtue of Texas Rule of Civil Procedure 621-656 and by virtue of an Order and Writ of Execution of the United States District Court for the Southern District of Texas—Houston Division on a judgement rendered against SGR Energy, Inc. in a civil action entitled Genesis Marine, LLC v. SGR Energy, Inc., Civil Action number 4:21-cv-00289, the following described real property will be sold at public auction:

ABST 36 B J HARPER SURVEY TRACT 101-B, an 18 acre tract of land in the B. J. Harper Survey, Abstract 36, Polk County, Texas, APN/Parcel No. 13197, according to Volume 222, Page 363 of the Deed Records of Polk County, Texas, more generally known as 237 De Shazo Rd., Livingston, Texas 77351 (the "Property").

I, Deputy U.S. Marshal Joseph "Joey" Castro, levied the Property on April 5, 2022 at approximately 10:43 a.m.

On May 3, 2022, being the first Tuesday of the month, between the hours of 10:00 a.m. and 4:00 p.m., beginning at 10:00 a.m., at the Temporary Polk County Courthouse located at 410 East Church Street, Livingston, Texas 77351, or anywhere designated by the Polk County Commissioner's Office, the Property, including all the rights, title, and interest, will be sold for cash to the highest bidder. Dated at Houston, Harris County, Texas, April 5, 2022. Joseph "Joey" Castro, Deputy U.S. Marshal, 515 Rusk Street, 10th Floor, Houston, Texas 77002, Office: (713) 283-6220, Direct: (713) 238-6220

Notice to Bidders: You are buying the property "as is". There are no warranties, express or implied, regarding the property being sold, including but not limited to warranties of title, merchantability, or fitness for a particular purpose.

(14-4t-cc-PCE)

NOTICE OF SALE OF REAL PROPERTY

GENESIS MARINE, LLC v. SGR ENERGY, INC.; Civil Action No. 4:21-cv-00289; In the United States District Court for the Southern District of Texas—Houston Division

Notice is hereby given that, by virtue of Texas Rule of Civil Procedure 621-656 and by virtue of an Order and Writ of Execution of the United States District Court for the Southern District of Texas—Houston Division on a judgement rendered against SGR Energy, Inc. in a civil action entitled Genesis Marine, LLC v. SGR Energy, Inc., Civil Action number 4:21-cv-00289, the following described real property will be sold at public auction:

ABST 36 B J HARPER SURVEY TRACT 101-B, an 18 acre tract of land in the B. J. Harper Survey, Abstract 36, Polk County, Texas, APN/Parcel No. 13197, according to Volume 222, Page 363 of the Deed Records of Polk County, Texas, more generally known as 237 De Shazo Rd., Livingston, Texas 77351 (the "Property").

I, Deputy U.S. Marshal Joseph "Joey" Castro, levied the Property on April 5, 2022 at approximately 10:43 a.m.

On May 3, 2022, being the first Tuesday of the month, between the hours of 10:00 a.m. and 4:00 p.m., beginning at 10:00 a.m., at the Temporary Polk County Courthouse located at 410 East Church Street, Livingston, Texas 77351, or anywhere designated by the Polk County Commissioner's Office, the Property, including all the rights, title, and interest, will be sold for cash to the highest bidder.

Dated at Houston, Harris County, Texas, April 5, 2022.
Joseph "Joey" Castro
Deputy U.S. Marshal
515 Rusk Street, 10th Floor
Houston, Texas 77002
Office: (713) 283-6220
Direct: (713) 238-6220

Notice to Bidders: You are buying the property "as is". There are no warranties, express or implied, regarding the property being sold, including but not limited to warranties of title, merchantability, or fitness for a particular purpose.

(14-4t-cc-PCE)

# PUBLIC NOTICES

## Notice of sale of real property

### NOTICE OF SALE OF REAL PROPERTY

GENESIS MARINE, LLC v. SGR ENERGY, INC.; Civil Action No. 4:21-cv-00289; In the United States District Court for the Southern District of Texas—Houston Division

Notice is hereby given that, by virtue of Texas Rule of Civil Procedure 621-656 and by virtue of an Order and Writ of Execution of the United States District Court for the Southern District of Texas—Houston Division on a judgement rendered against SGR Energy, Inc. in a civil action entitled Genesis Marine, LLC v. SGR Energy, Inc., Civil Action number 4:21-cv-00289, the following described real property will be sold at public auction:

ABST 36 B J HARPER SURVEY TRACT 101-B, an 18 acre tract of land in the B. J. Harper Survey, Abstract 36, Polk County, Texas, APN/Parcel No. 13197, according to Volume 222, Page 363 of the Deed Records of Polk County, Texas, more generally known as 237 De Shazo Rd., Livingston, Texas 77351 (the "Property").

I, Deputy U.S. Marshal Joseph "Joey" Castro, levied the Property on April 5, 2022 at approximately 10:43 a.m.

On May 3, 2022, being the first Tuesday of the month, between the hours of 10:00 a.m. and 4:00 p.m., beginning at 10:00 a.m., at the Temporary Polk County Courthouse located at 410 East Church Street, Livingston, Texas 77351, or anywhere designated by the Polk County Commissioner's Office, the Property, including all the rights, title, and interest, will be sold for cash to the highest bidder. Dated at Houston, Harris County, Texas, April 5, 2022. Joseph "Joey" Castro, Deputy U.S. Marshal, 515 Rusk Street, 10th Floor, Houston, Texas 77002, Office: (713) 283-6220, Direct: (713) 238-6220

Notice to Bidders: You are buying the property "as is". There are no warranties, express or implied, regarding the property being sold, including but not limited to warranties of title, merchantability, or fitness for a particular purpose.

(14-4t-cc-PCE)

4B | POLK COUNTY ENTERPRISE | Thursday, April 28, 2022

# PUBLIC NOTICES

## Notice of sale of real property

### NOTICE OF SALE OF REAL PROPERTY

GENESIS MARINE, LLC v. SGR ENERGY, INC.; Civil Action No. 4:21-cv-00289; In the United States District Court for the Southern District of Texas—Houston Division

Notice is hereby given that, by virtue of Texas Rule of Civil Procedure 621-656 and by virtue of an Order and Writ of Execution of the United States District Court for the Southern District of Texas—Houston Division on a judgement rendered against SGR Energy, Inc. in a civil action entitled Genesis Marine, LLC v. SGR Energy, Inc., Civil Action number 4:21-cv-00289, the following described real property will be sold at public auction:

ABST 36 B J HARPER SURVEY TRACT 101-B, an 18 acre tract of land in the B. J. Harper Survey, Abstract 36, Polk County, Texas, APN/Parcel No. 13197, according to Volume 222, Page 363 of the Deed Records of Polk County, Texas, more generally known as 237 De Shazo Rd., Livingston, Texas 77351 (the "Property").

I, Deputy U.S. Marshal Joseph "Joey" Castro, levied the Property on April 5, 2022 at approximately 10:43 a.m.

On May 3, 2022, being the first Tuesday of the month, between the hours of 10:00 a.m. and 4:00 p.m., beginning at 10:00 a.m., at the Temporary Polk County Courthouse located at 410 East Church Street, Livingston, Texas 77351, or anywhere designated by the Polk County Commissioner's Office, the Property, including all the rights, title, and interest, will be sold for cash to the highest bidder. Dated at Houston, Harris County, Texas, April 5, 2022. Joseph "Joey" Castro, Deputy U.S. Marshal, 515 Rusk Street, 10th Floor, Houston, Texas 77002, Office: (713) 283-6220, Direct: (713) 238-6220

Notice to Bidders: You are buying the property "as is". There are no warranties, express

COPY